**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | : | |
| OPPORTUNITY COMMISSION, | | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 15-3812 |
| v. | : | |
| | : | |
| CROTHALL SERVICES | : | |
| GROUP, INC. | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this ___28TH____ day of June, 2016, it is **ORDERED** as follows:

- Defendant Crothall Services Group, Inc.'s Motion for Summary Judgment (ECF No. 13)

  is **DENIED WITHOUT PREJUDICE** to argue the sufficiency of Crothall's records

  under 29 C.F.R. § 1607.4(A) at the close of discovery. Defendant's motion is **DENIED**

  **WITH PREJUDICE** in all other respects.

- Plaintiff Equal Employment Opportunity Commission's ("EEOC") Motion for Judgment

  on the Pleadings (ECF No. 14) is **DENIED WITHOUT PREJUDICE** to argue the

  insufficiency of Crothall's records under 29 C.F.R. § 1607.4(A) at the close of discovery.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: